**Patrick J. Geile ISB #6975**
**Chapter 7 Bankruptcy Trustee**
**PO Box 925**
**Meridian, ID 83680**
**Telephone: (208) 947-1575**
**E-mail: pgeile@foleyfreeman.com**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | Case No. 21-00106-NGH |
|---|---|
| JORDAN F. TAPANGCO | Chapter 7 |
| Debtor. | |

**NOTICE OF MOTION FOR SUBSTANTIVE CONSOLIDATION APPLICATION FOR AN ORDER APPROVING EMPLOYMENT OF PROFESSIONAL REALTOR AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **28** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Comes now the Trustee moves this Court to consolidate the Bankruptcy Estate of Jordan Tapangco with an entity owned in its entirety by Mr. Tapangco, Poke Vibes, LLC ("entity").

### PROCEDURAL AND FACTUAL BACKGROUND

1. That Poke Vibes, LLC was created on April 15th, 2020 and was dissolved on July 14th, 2021.

*MOTION FOR SUBSTANTIVE CONSOLIDATION - 1*

2.   That entity functioned a restaurant in the Boise area and was fully owned by the Debtor, Jordan Tapangco. That entity owned certain restaurant equipment which was sold by that entity through auction and resulted in funds of approximately $4,800.

3.   That the Creditors of the business are all included in the Debtor's bankruptcy schedules and there are no Creditors of the entity which are not included in the bankruptcy.

4.   Mr. Tapangco filed for bankruptcy on February 24th, 2021 and the first 341 was held on March 25th, 2021, with a conclusion of 341 on April 29th, 2021. The claims bar date has run July 29th, 2021 with the Government bars date running August 23rd, 2021. There is approximately $35,274.84 of allowed claims, the largest priority claim being from the Idaho State Tax Commission in the amount of $20,675.73. The second largest claim is from the Internal Revenue Service in the amount of $3,430.99.

5.   The Debtor is in agreement that he and the entity can be consolidated and that the Creditors of both can be treated as one.

## LEGAL ARGUMENT

"Substantive consolidation is an uncodified, equitable doctrine allowing the bankruptcy court, for purposes of the bankruptcy, to 'combine the assets and liabilities of separate and distinct—but related—legal entities into a single pool and treat them as though they belong to a single entity.'" In re Aroonsakool, 2014 WL 1273696 *8 (B.A.P. 9th Cir. 2014), quoting In re Bonham, 229 F.3d 750, 764 (9th Cir. 2000

No uniform guideline for determining when to order substantive consolidation has emerged. Rather, only through a searching review of the record, on a case-by-case basis, can a court ensure that substantive consolidation effects its sole aim: fairness to all creditors. Id. (citations omitted).

*MOTION FOR SUBSTANTIVE CONSOLIDATION - 2*

This Court previously described these two factors as "two overarching factors" that were "distilled" from several other factors. Gugino v. Clarks' Crystal Springs Ranch, LLC (In re Clark), 525 B.R. 107, 127-28 (Bankr. D. Idaho, 2014). "In either case, the bankruptcy court must in essence determine that the assets of all of the consolidated parties are substantially the same." In re Bonham. at 771. The consolidated assets create a single fund from which all claims against the consolidated debtors are satisfied; duplicate and inter-company claims are extinguished; and the creditors of the consolidated entities are combined for purposes of voting on reorganization plans. See In re Augie/Restivo, 860 F.2d at 518.

Here, the trustee is holding assets for both the Debtor and a separate legal entity Poke Vibes. The relationship of the two entities in this matter hinges on the same pool of creditors and that it is in the best interest of all creditors to share in the joint pool shared with the assets of both the Debtor and Poke Vibes.

There are also practical considerations regarding claims administration. In this case the Idaho state Tax commission and the IRS both have priority claims. The Idaho State claim is in the amount of $20,675.73 (Claim 5), and the IRS claim is in the amount of $3,438.99. (Claim 3). In this case the Trustee is currently holding $13,108.76 in funds to be distributed so there will not be funds to pay the priority claims in their entirety.

There is some risk to the Idaho Tax Commission and other Poke Vibes creditors that they would be able to collect more money if it first collected funds from Poke Vibes in addition to getting paid from the bankruptcy estate, but that amount is offset by the efficiency of being paid through a consolidated case.

## CONCLUSION

Trustee requests an Order Consolidating the Bankruptcy Estate of Jordan Tapangco and the entity Poke Vibes, LLC.

DATED this 10th day of November, 2021.

                                                /s/ Patrick J. Geile
                                                Patrick J. Geile, Chapter 7 Trustee

*MOTION FOR SUBSTANTIVE CONSOLIDATION - 4*

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**U.S. Trustee**
ECF: ustp.region18.bs.ecf@usdoj.gov

**Jon R. Wilson**
jon@boiselaw.org

*Served by U.S. MAIL*

**Tapangco, Jordan F**
567 North Pringlewood Place
Star, ID 83669

See Attached Matrix

                                                      /s/  Patrick J. Geile
                                                      Date: November 10, 2021

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 21-00106-NGH<br>District of Idaho<br>Boise<br>Fri Nov  5 15:19:42 MDT 2021 | Boise<br>U.S. Bankruptcy Court, Suite 400<br>550 West Fort Street<br>Boise, ID 83724-0101 | ADP Meridian<br>1851 S Cobalt Point Way<br>Meridian, ID 83642-4465 |
| Altus Receivables Management<br>2400 Veterans Memorial Blvd<br>Suite 300<br>Kenner, LA 70062-8725 | Amanda Tapangco<br>567 N. Pringlewood Pl<br>Star, ID 83669-5838 | American Northwest Recovery<br>Solutions<br>PO Box 735<br>Milltown, MT 59851-0735 |
| Caliber Home Loans<br>Attn: Cash Operations<br>Po Box 24330<br>Oklahoma City, OK 73124-0330 | CapEd FCU<br>Attn: Bankruptcy<br>Po Box 570<br>Meridian, ID 83680-0570 | CenturyLink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 |
| CenturyLink<br>PO Box 91155<br>Seattle, WA 98111-9255 | Daniel Landucci<br>237 N 9th St.<br>Boise, ID 83702-5710 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Trent, CPA<br>6213 N Cloverdale Rd, #130<br>Boise, ID 83713-4800 | Karen M Feero<br>PO Box 493<br>Valdez, AK 99686-0493 |
| (p)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | Mark Jaeckel<br>1451 Quartz Way<br>San Jose, CA 95118-1753 | Matthew Dietz<br>3956 NE 7th Ave<br>Portland, OR 97212-1133 |
| McMillian's Corner, LLC<br>27451 Los Altos, Ste 220<br>Mission Viejo, CA 92691-6331 | Mountain America Credit Unio<br>Attn: Bankruptcy<br>Po Box 2331<br>Sandy, UT 84091-2331 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Ocean Beauty Boise<br>4800 Irving St<br>Boise, ID 83706-2215 | Our Town of the Treasure<br>Valley<br>6700 N Linder Rd, 156A-176<br>Meridian, ID 83646-6606 | Paddles Up Poke<br>13601 W McMillan Rd, Ste 104<br>Boise, ID 83713-2087 |
| Paddles Up Poke, LLC<br>2397 N 9th St.<br>Boise, ID 83702 | Paddles Up Ventures<br>237 N 9th St.<br>Boise, ID 83702-5710 | Poke Vibes, LLC<br>13601 W McMillian Rd<br>Suite 104<br>Boise, ID 83713-2087 |
| Promo Shop, Inc.<br>2212 W Main St.<br>Boise, ID 83702-4917 | Qwest Corporation dba CenturyLink QC<br>Centurylink, Inc<br>1025 El Dorado Blvd. (Attn: Legal-BKY)<br>Broomfield, CO 80021-8254 | Shamrock Foods Company<br>1495 N Hickory Ave<br>Meridian, ID 83642-5940 |

| | | |
|---|---|---|
| State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0036 | TOK Commercial-Boise<br>250 S. 5th, 2nd Floor<br>Boise, ID 83702-7296 | US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 |
| Webmarkets, LLC<br>5598 N Eagle Rd, Ste 101<br>Boise, ID 83713-2707 | Zion's National Bank<br>P.O. Box 30709<br>Salt Lake City, UT 84130-0709 | Zion's National Bank<br>P.O. Box 70217<br>Salt Lake City, UT 84170-0217 |
| (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 | Jon R Wilson<br>Wilson Law Offices, P.C.<br>4614 Emerald St<br>Boise, ID 83706-2003 | Jordan F Tapangco<br>567 North Pringlewood Place<br>Star, ID 83669-5838 |
| (p)PATRICK J GEILE<br>PO BOX 925<br>MERIDIAN ID 83680-0925 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Klarna, Inc<br>629 N High St, Ste 300<br>Columbus, OH 43215 | Zions First National Bank<br>Legal Services UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT | Patrick John Geile<br>PO Box 925<br>Meridian, ID 83680 |

End of Label Matrix  
Mailable recipients    39  
Bypassed recipients     0  
Total                  39